■ TAMMY S. PARISH, an Infant, by Her Parent and Natural Guardian, SUZANNE PARISH, et al., Appellants, v COUNTY OF ONONDAGA et al., Respondents.—Order unanimously affirmed, without costs; permission granted to prosecute appeal on one stipulated or settled record and eight copies of appellants' and respondents' briefs. (Appeal from order of Onondaga Supreme Court—CPLR art 11.) Present—Cardamone, J. P., Simons, Hancock, Jr., Doerr and Moule, JJ.

■ DOUGLAS J. LINDSAY, Respondent, v CHRISTINE A. LINDSAY, Appellant. (Appeal No. 1.)—Order unanimously affirmed, without costs. Memorandum: No reason is found in this record to depart from our oft-stated rule that disputes respecting temporary alimony are best resolved by a prompt trial, delayed here to some extent by appellant's seeking a stay to prosecute this appeal. (Appeal from order of Monroe Supreme Court—temporary support.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Moule, JJ.

■ BILL CHARLES ENTERPRISES, INC., Appellant, v MORRIS HERSCHGORDON, Respondent.—Judgment unanimously affirmed, with costs (see Real Property Law, § 232; Rasch, New York Landlord and Tenant, § 273 *et seq.*). (Appeal from judgment of Onondaga Supreme Court—rent due.) Present—Dillon, P. J., Cardamone, Simons, Callahan and Moule, JJ.